IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATASHA CARRIZALES, individually and on behalf of Nina Carrizales, a Minor, as her guardian and next friend; and NINA CARRIZALES, by and through her mother, guardian and next friend Natasha Carrizales;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:17CV19<br><br>ORDER |

IT IS ORDERED that the parties' joint motion to extend (Filing No. 25) is granted, and the final progression order (Filing No. 18) is amended as follows:

1) For the defendant(s), the deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), is April 9, 2018.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), are:

      For the plaintiff(s):     March 9, 2018.
      For the defendant(s):   June 11, 2018.
      For plaintiff's rebuttal:   July 2, 2018.

3) The deposition deadline is August 24, 2018.

4) The deadline for filing motions to dismiss and motions for summary judgment is October 19, 2018.[1]

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 10, 2018.

6) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 21st day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.